# McElroy, Deutsch, Mulvaney & Carpenter, LLP
### ATTORNEYS AT LAW

1300 MOUNT KEMBLE AVENUE
P.O. BOX 2075
MORRISTOWN, NEW JERSEY 07962-2075
(973) 993-8100
FACSIMILE (973) 425-0161

LOUIS P. DIGIAIMO
CERTIFIED CIVIL TRIAL ATTORNEY
Direct Dial: (973) 425-8843
ldigiaimo@mdmc-law.com

February 14, 2018

**VIA ECF**

Honorable Cheryl L. Pollak, U.S.M.J.
United States District Court
Eastern District of New York
Chambers Room 1230
225 Cadman Plaza East
Brooklyn, New York 11201

RE: **Doe v. The Northwestern Mutual Life Insurance Company**
Civil Action No.: **1:17-cv-00510-LDH-CLP**

Dear Judge Pollack

We represent defendant, Northwestern Mutual Life Insurance Company, in the above matter. On January 12, 2018, the Court ordered that Northwestern conduct a computerized search and respond to a discovery demand from plaintiff, pursuant to the terms and time period set forth in the Order. The Court also ordered that defendant complete the search or provide a status report of its efforts no later than February 15, 2018. We are pleased to advise the Court that Northwestern has completed the search, and by letter of this date, has provided plaintiff with the results of the search, and a formal response to the discovery demand.

Sincerely,

McElroy, Deutsch, Mulvaney & Carpenter, LLP

Louis P. DiGiaimo

cc: Brittany Sukiennik, Esq. (via ECF)
David Griffin, Esq. (via ECF)

352171

NEW JERSEY    NEW YORK    PENNSYLVANIA    CONNECTICUT    MASSACHUSETTS    COLORADO    DELAWARE    FLORIDA    RHODE ISLAND