# CRAVATH, SWAINE & MOORE LLP

JOHN W. WHITE
EVAN R. CHESLER
RICHARD W. CLARY
STEPHEN L. GORDON
DANIEL L. MOSLEY
ROBERT H. BARON
DAVID MERCADO
CHRISTINE A. VARNEY
PETER T. BARBUR
THOMAS G. RAFFERTY
MICHAEL S. GOLDMAN
RICHARD HALL
JULIE A. NORTH
ANDREW W. NEEDHAM
STEPHEN L. BURNS
KEITH R. HUMMEL
DAVID J. KAPPOS
DANIEL SLIFKIN
ROBERT I. TOWNSEND, III
WILLIAM J. WHELAN, III
PHILIP J. BOECKMAN
WILLIAM V. FOGG
FAIZA J. SAEED

RICHARD J. STARK
THOMAS E. DUNN
MARK I. GREENE
DAVID R. MARRIOTT
MICHAEL A. PASKIN
ANDREW J. PITTS
MICHAEL T. REYNOLDS
ANTONY L. RYAN
GEORGE E. ZOBITZ
GEORGE A. STEPHANAKIS
DARIN P. MCATEE
GARY A. BORNSTEIN
TIMOTHY G. CAMERON
KARIN A. DEMASI
LIZABETHANN R. EISEN
DAVID S. FINKELSTEIN
DAVID GREENWALD
RACHEL G. SKAISTIS
PAUL H. ZUMBRO
ERIC W. HILFERS
GEORGE F. SCHOEN
ERIK R. TAVZEL
CRAIG F. ARCELLA

WORLDWIDE PLAZA
825 EIGHTH AVENUE
NEW YORK, NY 10019-7475

TELEPHONE: +1-212-474-1000
FACSIMILE: +1-212-474-3700

CITYPOINT
ONE ROPEMAKER STREET
LONDON EC2Y 9HR
TELEPHONE: +44-20-7453-1000
FACSIMILE: +44-20-7860-1150

WRITER'S DIRECT DIAL NUMBER
+1-212-474-1798

WRITER'S EMAIL ADDRESS
sshah@cravath.com

DAMIEN R. ZOUBEK
LAUREN ANGELILLI
TATIANA LAPUSHCHIK
ALYSSA K. CAPLES
JENNIFER S. CONWAY
MINH VAN NGO
KEVIN J. ORSINI
MATTHEW MORREALE
JOHN D. BURETTA
J. WESLEY EARNHARDT
YONATAN EVEN
BENJAMIN GRUENSTEIN
JOSEPH D. ZAVAGLIA
STEPHEN M. KESSING
LAUREN A. MOSKOWITZ
DAVID J. PERKINS
JOHNNY G. SKUMPIJA
J. LEONARD TETI, II
D. SCOTT BENNETT
TING S. CHEN
CHRISTOPHER K. FARGO
KENNETH C. HALCOM
DAVID M. STUART

AARON M. GRUBER
O. KEITH HALLAM, III
OMID H. NASAB
DAMARIS HERNÁNDEZ
JONATHAN J. KATZ
MARGARET SEGALL D'AMICO
RORY A. LERARIS
KARA L. MUNGOVAN
NICHOLAS A. DORSEY
ANDREW C. ELKEN
JENNY HOCHENBERG
VANESSA A. LAVELY
G.J. LIGELIS JR.
MICHAEL E. MARIANI

SPECIAL COUNSEL
SAMUEL C. BUTLER

OF COUNSEL
MICHAEL L. SCHLER

June 14, 2018

<u>Doe v. The Northwestern Mutual Life Insurance Company</u>
Civil Action No.: 1:17-cv-00510-LDH-CLP

Dear Judge Pollak:

      With the consent of Defendant's counsel, I write on behalf of Plaintiff and Defendant in the above-referenced action to submit a joint request to amend the Court's March 14, 2018 electronic scheduling order (the "Scheduling Order").

      The parties exchanged initial expert disclosures on May 25, 2018, as set forth in the Scheduling Order. Plaintiff submitted one expert report, pursuant to Rule 26(a)(2)(B), and six disclosures for his treating physicians as non-retained experts, pursuant to Rule 26(a)(2)(C). Defendant submitted four expert reports. The Scheduling Order does not set a deadline for the parties to exchange rebuttal expert reports, and the parties propose August 3, 2018 as that deadline. In order to give the parties the opportunity to exchange rebuttal expert reports before commencing expert depositions, the parties request an extension from August 15, 2018 to September 28, 2018 to complete expert depositions.

Respectfully,

*Samira Shah*

Hon. Cheryl L. Pollak
   United States District Court
      Eastern District of New York
         225 Cadman Plaza East, Rm. 1230
           Brooklyn, NY 11201

BY ECF

Copy to:

Louis P. DiGiaimo, Esq.
   McElroy, Deutsch, Mulvaney & Carpenter, LLP
      1300 Mount Kemble Avenue
         P.O. Box 2075
            Morristown, NJ 07962-2075

BY E-MAIL